# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO.: 17-00261-KD-N-1 |
| ) | |
| SEAN LAMAR REED, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 49) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count Twelve of the Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled before the undersigned for **Friday, March 15, 2019, at 11:00 a.m**., in Courtroom 4B.

A sentencing hearing has been scheduled for **Friday, March 15, 2019, at 11:00 a.m**. in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602 under separate order.

**DONE** the 14th day of December 2018.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**